# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Harriette Kaley

v.

Yellow Cab Company, Marriott International, Inc.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 04cv931-AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Plaintiff shall recover $25,000 in compensation for the non-economic damages associated with the incident of January 26, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

FILED JAN 22 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

January 22, 2007
Date

W. Samuel Hamrick, Jr.
Clerk

_M. Marner_
(By) Deputy Clerk    M. Marner

ENTERED ON January 22, 2007

04cv931-AJB