# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Harriette Kaley

v.

Yellow Cab Company, Marriott International, Inc.

FILED JAN 22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY M.M. DEPUTY

**CORRECTED JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 04cv931-AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Plaintiff shall recover $25,000 in compensation for the non-economic damages associated with the incident of January 26, 2003 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| January 22, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

M. Marner
(By) Deputy Clerk     M. Marner

ENTERED ON January 22, 2007

04cv931-AJB